252

PER CURIAM.

(No. 74-CC-672—

STARR COMMONWEALTH FOR BOYS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed January 14, 1975.*

VAN DELLEN AND TECH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.